UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| HERSHELLA COOTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-156-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, Hershella Coots, brought this action pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) to challenge a final decision of the Defendant Commissioner denying her application for disability insurance benefits and Supplemental Security Income ("SSI"). [R. 2.] Consistent with the Court's practice and pursuant to 28 U.S.C. § 636(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation. [R. 12.]

On April 17, 2009, Magistrate Judge Atkins filed his Report and Recommendation (R&R). [R. 13.] Therein, Judge Atkins addressed each of the five arguments raised by the Plaintiff. Discussing the evidence in the record, the ALJ's findings, and relevant regulations and case law, he determined that Plaintiff's arguments lacked merit. Thus, Judge Atkins ultimately concluded that the ALJ's opinion was indeed supported by substantial evidence. Although the parties were given ten (10) days from the filing of the Report and Recommendation to file objections, neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report

and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 13] is **ADOPTED** as the opinion of this Court;

(2) The Plaintiff's Motion for Summary Judgment [R. 10] is **DENIED**;

(3) The Defendant's Motion for Summary Judgment [R. 11] is **GRANTED**; and

(4) Judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 12th day of May, 2009.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge